**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Curtis Bryant, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-188054

---

Appeal From Dorchester County
Diane S. Goodstein, Trial Judge
Edgar W. Dickson, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2012-MO-034
Submitted August 22, 2012 – Filed August 29, 2012

---

**APPEAL DISMISSED**

---

Appellate Defender Robert M. Pachak, of the South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mary Shannon Williams, all of Columbia, for Respondent.

---

**PER CURIAM:**  Petitioner seeks a writ of certiorari from the denial of  his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari as to Question I of the petition, dispense with further briefing, and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).  We deny the petition for a writ of certiorari as to petitioner's Question II.

Counsel for petitioner has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and a petition to be relieved as counsel.  Petitioner has filed a *pro se* response.  After a thorough review of the record pursuant to *Anders*, *supra*, we dismiss the appeal and grant the petition to be relieved as counsel.

**DISMISSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**